UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HONG JUN XUN,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 14-cv-03811-WHO

**ORDER TO SHOW CAUSE**

    Service was made on the defendant on August 29, 2014. Docket No. 7. Under the Social Security Procedural Order, defendant's answer was due within 90 days of service. As of today's date, no answer has been filed. Defendant is ORDERED TO SHOW CAUSE for the failure to file an answer by the deadline. Defendant may satisfy this OSC by filing her answer, the administrative record, and a declaration explaining the delay on or before December 17, 2014.

    **IT IS SO ORDERED**.

Dated: December 10, 2014

WILLIAM H. ORRICK
United States District Judge