| | |
|---|---|
| 1 | JIMMY S. MCBIRNEY (STATE BAR NO. 259830) |
| 2 | jmcbirney@orrick.com<br>LACEY BANGLE (STATE BAR NO. 284773) |
| 3 | lbangle@orrick.com<br>CLARA NABITY (STATE BAR NO. 299319) |
| 4 | cnabity@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 5 | The Orrick Building<br>405 Howard Street |
| 6 | San Francisco, CA  94105-2669 |
| 7 | Telephone:     (415) 773-5700<br>Facsimile:      (415) 773-5759 |

Attorneys for Plaintiff Hong Xun Jun

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG JUN XUN,<br><br>             Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | CASE NO. 3:14-CV-03811-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF HONG JUN XUN TO FILE REPLY BRIEF** |

1   WHEREAS; multiple briefing deadlines in several cases, including a reply brief due in the Ninth Circuit on March 3, 2015, have made preparing Plaintiff Hong Jun Xun's reply brief in this case exceptionally challenging for Plaintiff's counsel;

4   WHEREAS; Plaintiff Hong Jun Xun's counsel has requested that Defendant Carolyn W. Colvin's counsel agree to a one week extension for Plaintiff to file his reply brief in this case;

6   WHEREAS; Defendant's counsel has agreed to Plaintiff's counsel's request for a one week extension for Plaintiff to file his reply brief;

8   NOW THEREFORE: The parties stipulate that Plaintiff Hong Jun Xun's Reply Brief shall be due on or before March 16, 2015.

10   SO STIPULATED.

11   Dated: March 6, 2015

JIMMY S. MCBIRNEY
Orrick, Herrington & Sutcliffe LLP

*s/Jimmy McBirney*
Jimmy S. McBirney
Attorney for Plaintiff Hong Jun Xun


URMILA R. TAYLOR
Special Assistant United States Attorney

*s/Urmila R. Taylor*
Urmila R. Taylor
Attorney for Defendant Carolyn W. Colvin

I hereby attest that concurrence in the filing of this document has been obtained from Urmila R. Taylor, council for Defendant Carolyn W. Colvin.

*/s/ Jimmy S. McBirney*
Jimmy S. McBirney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED   3/6/2015

HON. HAYWOOD S. GILLIAM, JR.

**PROOF OF SERVICE BY E-FILING**

I, Jimmy S. McBirney, declare:

I am over eighteen years old and not a party to this action. My place of employment and business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105-2669.

On March 6, 2015, I electronically served the documents(s) via ECF described as:

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF HONG JUN XUN TO FILE REPLY BRIEF

on the recipients designated on the Transaction Receipt located on the ECF website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on March 6, 2015, in Los Angeles, California.

*/s/ Jimmy S. McBirney*
Jimmy S. McBirney